US v Serendipity Business Solutions, LLC, et al.
4:20-cr-56
Index of Discovery #2- Hard Drive #1

### *Site 9\Case File*

Name
C20-43 Discovery Case File.pdf

### *Site 9\Evidence\ST830606-N-133A*

Name
ST830606-N-133A-1.html
ST830606-N-133A-1.pdf
ST830606-N-133A-1.xml
ST830606-N-133A-1_sign.xml
ST830606-N-133A.E01
ST830606-N-133A.E02
ST830606-N-133A.E03
ST830606-N-133A.E04
ST830606-N-133A.E05
ST830606-N-133A.E06
ST830606-N-133A.E07
ST830606-N-133A.E08
ST830606-N-133A.E09
ST830606-N-133A.E10
ST830606-N-133A.E11
ST830606-N-133A.E12
ST830606-N-133A.E13
ST830606-N-133A.E14
ST830606-N-133A.E15
ST830606-N-133A.E16
ST830606-N-133A.E17
ST830606-N-133A.E18
ST830606-N-133A.E19
ST830606-N-133A.E20
ST830606-N-133A.E21
ST830606-N-133A.E22
ST830606-N-133A.E23
ST830606-N-133A.E24
ST830606-N-133A.E25
ST830606-N-133A.E26
ST830606-N-133A.E27
ST830606-N-133A.E28
ST830606-N-133A.E29
ST830606-N-133A.E30
ST830606-N-133A.E31
ST830606-N-133A.E32
ST830606-N-133A.E33
ST830606-N-133A.E34
ST830606-N-133A.E35
ST830606-N-133A.E36
ST830606-N-133A.E37
ST830606-N-133A.E38
ST830606-N-133A.E39
ST830606-N-133A.E40
ST830606-N-133A.E41
ST830606-N-133A.E42
ST830606-N-133A.E43
ST830606-N-133A.E44
ST830606-N-133A.E45
ST830606-N-133A.E46
ST830606-N-133A.E47
ST830606-N-133A.E48
ST830606-N-133A.E49
ST830606-N-133A.E50
ST830606-N-133A.E51
ST830606-N-133A.E52
ST830606-N-133A.E53
ST830606-N-133A.E54
ST830606-N-133A.E55
ST830606-N-133A.E56
ST830606-N-133A.E57

```
ST830606-N-133A.E58
ST830606-N-133A.E59
ST830606-N-133A.E60
ST830606-N-133A.E61
ST830606-N-133A.E62
ST830606-N-133A.E63
ST830606-N-133A.E64
ST830606-N-133A.E65
ST830606-N-133A.E66
ST830606-N-133A.E67
ST830606-N-133A.E68
ST830606-N-133A.E69
ST830606-N-133A.E70
ST830606-N-133A.E71
ST830606-N-133A.E72
ST830606-N-133A.E73
ST830606-N-133A.E74
ST830606-N-133A.E75
ST830606-N-133A.E76
ST830606-N-133A.E77
ST830606-N-133A.E78
ST830606-N-133A.E79
ST830606-N-133A.E80
ST830606-N-133A.E81
ST830606-N-133A.E82
ST830606-N-133A.E83
ST830606-N-133A.E84
ST830606-N-133A.E85
ST830606-N-133A.E86
ST830606-N-133A.E87
ST830606-N-133A.E88
ST830606-N-133A.E89
ST830606-N-133A.E90
ST830606-N-133A.E91
ST830606-N-133A.E92
ST830606-N-133A.E93
ST830606-N-133A.E94
ST830606-N-133A.E95
ST830606-N-133A.E96
ST830606-N-133A.E97
ST830606-N-133A.E98
ST830606-N-133A.E99
ST830606-N-133A.EAA
ST830606-N-133A.EAB
ST830606-N-133A.EAC
ST830606-N-133A.EAD
ST830606-N-133A.EAE
ST830606-N-133A.EAF
ST830606-N-133A.EAG
ST830606-N-133A.EAH
ST830606-N-133A.EAI
ST830606-N-133A.EAJ
ST830606-N-133A.EAK
ST830606-N-133A.EAL
ST830606-N-133A.EAM
ST830606-N-133A.EAN
ST830606-N-133A.EAO
ST830606-N-133A.EAP
ST830606-N-133A.EAQ
ST830606-N-133A.EAR
ST830606-N-133A.EAS
ST830606-N-133A.EAT
ST830606-N-133A.EAU
ST830606-N-133A.EAV
ST830606-N-133A.EAW
ST830606-N-133A.EAX
ST830606-N-133A.EAY
ST830606-N-133A.EAZ
ST830606-N-133A.EBA
ST830606-N-133A.EBB
ST830606-N-133A.EBC
ST830606-N-133A.EBD
ST830606-N-133A.EBE
ST830606-N-133A.EBF
ST830606-N-133A.EBG
ST830606-N-133A.EBH
ST830606-N-133A.EBI
ST830606-N-133A.EBJ
ST830606-N-133A.EBK
ST830606-N-133A.EBL
```

ST830606-N-133A.EBM
ST830606-N-133A.EBN
ST830606-N-133A.EBO
ST830606-N-133A.EBP
ST830606-N-133A.EBQ
ST830606-N-133A.EBR
ST830606-N-133A.EBS
ST830606-N-133A.EBT
ST830606-N-133A.EBU
ST830606-N-133A.EBV
ST830606-N-133A.EBW
ST830606-N-133A.EBX
ST830606-N-133A.EBY
ST830606-N-133A.EBZ
ST830606-N-133A.ECA
ST830606-N-133A.ECB
ST830606-N-133A.ECC
ST830606-N-133A.ECD
ST830606-N-133A.ECE
ST830606-N-133A.ECF
ST830606-N-133A.ECG
ST830606-N-133A.ECH
ST830606-N-133A.ECI
ST830606-N-133A.ECJ
ST830606-N-133A.ECK
ST830606-N-133A.ECL
ST830606-N-133A.ECM
ST830606-N-133A.ECN
ST830606-N-133A.ECO
ST830606-N-133A.ECP
ST830606-N-133A.ECQ
ST830606-N-133A.ECR
ST830606-N-133A.ECS
ST830606-N-133A.ECT
ST830606-N-133A.ECU
ST830606-N-133A.ECV
ST830606-N-133A.ECW
ST830606-N-133A.ECX
ST830606-N-133A.ECY
ST830606-N-133A.ECZ
ST830606-N-133A.EDA
ST830606-N-133A.EDB
ST830606-N-133A.EDC
ST830606-N-133A.EDD
ST830606-N-133A.EDE
ST830606-N-133A.EDF
ST830606-N-133A.EDG
ST830606-N-133A.EDH
ST830606-N-133A.EDI
ST830606-N-133A.EDJ
ST830606-N-133A.EDK
ST830606-N-133A.EDL
ST830606-N-133A.EDM
ST830606-N-133A.EDN
ST830606-N-133A.EDO
ST830606-N-133A.EDP
ST830606-N-133A.EDQ
ST830606-N-133A.EDR
ST830606-N-133A.EDS
ST830606-N-133A.EDT
ST830606-N-133A.EDU
ST830606-N-133A.EDV
ST830606-N-133A.EDW
ST830606-N-133A.EDX
ST830606-N-133A.EDY
ST830606-N-133A.EDZ
ST830606-N-133A.EEA
ST830606-N-133A.EEB
ST830606-N-133A.EEC
ST830606-N-133A.EED
ST830606-N-133A.EEE
ST830606-N-133A.EEF
ST830606-N-133A.EEG
ST830606-N-133A.EEH
ST830606-N-133A.EEI
ST830606-N-133A.EEJ
ST830606-N-133A.EEK
ST830606-N-133A.EEL
ST830606-N-133A.EEM
ST830606-N-133A.EEN

ST830606-N-133A.EEO
ST830606-N-133A.EEP
ST830606-N-133A.EEQ
ST830606-N-133A.EER
ST830606-N-133A.EES
ST830606-N-133A.EET
ST830606-N-133A.EEU
ST830606-N-133A.EEV
ST830606-N-133A.EEW
ST830606-N-133A.EEX
ST830606-N-133A.EEY
ST830606-N-133A.EEZ
ST830606-N-133A.EFA
ST830606-N-133A.EFB
ST830606-N-133A.EFC
ST830606-N-133A.EFD
ST830606-N-133A.EFE

US v Serendipity Business Solutions, LLC, et al.
4:20-cr-56
Index of Discovery #2- Hard Drive #2

| Name | Size | Date |
|---|---|---|
| 📁 Site 1 | | 2/24/2022 12:31:24 AM |
| 📁 Case File | 50,653,958 | 2/24/2022 12:31:27 AM |
| ▪ C20-39 Case File.pdf | 50,653,958 | 3/1/2021 2:00:06 PM |
| 📁 Evidence | | 2/23/2022 4:59:53 PM |
| 📁 ST579283-N232A | 139,025,120,940 | 2/23/2022 4:59:48 PM |
| ▪ ST579283-N232A.ad1 | 4,194,304,000 | 9/18/2020 5:40:31 PM |
| ▪ ST579283-N232A.ad1.txt | 2,572 | 9/21/2020 8:57:36 AM |
| ▪ ST579283-N232A.ad2 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad3 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad4 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad5 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad6 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad7 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad8 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad9 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad10 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad11 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad12 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad13 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad14 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad15 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad16 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad17 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad18 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad19 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad20 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad21 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad22 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad23 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad24 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad25 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad26 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad27 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad28 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad29 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad30 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad31 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad32 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad33 | 4,194,304,000 | 9/18/2020 4:59:22 PM |
| ▪ ST579283-N232A.ad34 | 613,086,368 | 9/18/2020 5:40:31 PM |
| 📁 ST579283-N235A | 115,345,880,195 | 2/23/2022 4:59:49 PM |
| ▪ ST579283-N235A.ad1 | 4,194,304,000 | 9/18/2020 4:42:58 PM |
| ▪ ST579283-N235A.ad1.txt | 2,630 | 9/21/2020 7:42:23 AM |
| ▪ ST579283-N235A.ad2 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad3 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad4 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad5 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad6 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad7 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad8 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad9 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad10 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad11 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad12 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad13 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad14 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad15 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad16 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad17 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad18 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad19 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad20 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad21 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad22 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad23 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad24 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad25 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad26 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad27 | 4,194,304,000 | 9/18/2020 4:40:11 PM |
| ▪ ST579283-N235A.ad28 | 2,099,669,565 | 9/18/2020 4:42:58 PM |

| Name | Size | Date Modified |
|---|---|---|
| 📁 ST579283-N237A | 113,842,841,952 | 2/23/2022 4:59:50 PM |
| ST579283-N237A.ad1 | 4,194,304,000 | 9/17/2020 2:23:04 PM |
| ST579283-N237A.ad1.txt | 2,626 | 9/18/2020 8:46:06 AM |
| ST579283-N237A.ad2 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad3 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad4 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad5 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad6 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad7 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad8 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad9 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad10 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad11 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad12 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad13 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad14 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad15 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad16 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad17 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad18 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad19 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad20 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad21 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad22 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad23 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad24 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad25 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad26 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad27 | 4,194,304,000 | 9/17/2020 2:21:53 PM |
| ST579283-N237A.ad28 | 596,631,326 | 9/17/2020 2:23:04 PM |

| Name | Size | Date Modified |
|---|---|---|
| 📁 Results | | 2/24/2022 12:29:47 AM |
| 📁 ST579283-N235A | | 2/23/2022 10:09:15 PM |
| 📁 AccountPackage | | 2/23/2022 5:02:01 PM |
| 📁 chats | | 2/23/2022 5:03:56 PM |
| 📁 contacts | | 2/23/2022 5:04:23 PM |
| 📁 email | | 2/23/2022 5:31:04 PM |
| 📁 files | | 2/23/2022 9:12:35 PM |
| 📁 gps | | 2/23/2022 9:22:48 PM |
| 📁 icons | | 2/23/2022 9:22:53 PM |
| 📁 journeys | | 2/23/2022 9:22:57 PM |
| 📁 notes | | 2/23/2022 9:22:57 PM |
| 📁 pages | | 2/23/2022 9:23:09 PM |
| 📁 party_photos | | 2/23/2022 9:23:09 PM |
| 📁 Passwords | | 2/23/2022 9:23:20 PM |
| 📁 photos | | 2/23/2022 9:23:20 PM |
| 📁 recordings | | 2/23/2022 9:23:31 PM |
| 📁 resources | | 2/23/2022 9:23:31 PM |
| 📁 thumbnails | | 2/23/2022 10:09:15 PM |
| 📁 timelines | | 9/22/2020 8:55:18 AM |
| 📁 useraccounts | | 2/23/2022 10:09:15 PM |
| 📁 voicemails | | 2/23/2022 10:09:15 PM |
| CellebriteReader.exe | 454,034,424 | 8/2/2020 5:14:14 PM |
| ST579283-N235A Full Report.html | 99,359 | 9/22/2020 3:45:16 PM |
| ST579283-N235A Full Report.pdf | 1,268,845,325 | 9/22/2020 3:33:22 PM |
| ST579283-N235A Full Report.ufdr | 127,595,720,693 | 9/22/2020 2:06:21 PM |
| 📁 ST579283-N237A | | 2/24/2022 12:28:08 AM |
| 📁 AccountPackage | | 2/23/2022 10:09:52 PM |
| 📁 chats | | 2/23/2022 10:12:05 PM |
| 📁 contacts | | 2/23/2022 10:13:29 PM |
| 📁 files | | 2/23/2022 11:37:25 PM |
| 📁 gps | | 2/23/2022 11:42:05 PM |
| 📁 icons | | 2/23/2022 11:42:10 PM |
| 📁 journeys | | 2/23/2022 11:42:10 PM |
| 📁 mms | | 2/23/2022 11:42:16 PM |
| 📁 pages | | 2/23/2022 11:42:22 PM |
| 📁 party_photos | | 2/23/2022 11:42:22 PM |
| 📁 photos | | 2/23/2022 11:42:27 PM |
| 📁 resources | | 2/23/2022 11:42:34 PM |
| 📁 thumbnails | | 2/24/2022 12:28:07 AM |
| 📁 timelines | | 9/17/2020 4:01:51 PM |
| 📁 useraccounts | | 2/24/2022 12:28:08 AM |
| CellebriteReader.exe | 454,034,424 | 8/2/2020 5:14:14 PM |
| ST579283-N237A Full Report.html | 86,831 | 9/17/2020 7:52:54 PM |
| ST579283-N237A Full Report.pdf | 1,103,183,353 | 9/17/2020 7:48:01 PM |
| ST579283-N237A Full Report.ufdr | 100,517,871,423 | 9/17/2020 6:26:51 PM |

```
Site 9                                                          2/23/2022 9:56:17 AM
  Evidence                                    12,109,116,796    2/23/2022 9:38:34 AM
    ST830606-N-133A                           12,109,116,796    2/23/2022 9:52:13 AM
      ST830606-N-133A.EFF                     12,109,116,796    10/9/2020 11:59:59 PM
  N207                                                          2/23/2022 10:05:55 AM
    DCIM (r)                                                    2/23/2022 9:57:23 AM
    MISC (r)                                                    2/23/2022 9:57:24 AM
    PRIVATE (r)                                                 2/23/2022 10:05:55 AM
    SD_VIDEO (r)                                                2/23/2022 10:05:56 AM
  Results                                                       2/23/2022 9:40:12 AM
    N-133A Results                                              2/23/2022 9:40:12 AM
      Camera1                                                   2/23/2022 1:21:51 PM
      Camera4                                                   2/23/2022 3:50:03 PM
      Camera5                                                   2/23/2022 4:02:28 PM
      Camera6                                                   2/23/2022 4:02:55 PM
      Camera7                                                   2/23/2022 4:04:06 PM
      Camera8                                                   2/23/2022 4:05:14 PM
      Camera9                                                   2/23/2022 4:05:30 PM
      Camera10                                                  2/23/2022 4:05:51 PM
      Camera11                                                  2/23/2022 4:06:52 PM
      Camera12                                                  2/23/2022 4:08:03 PM
      Camera14                                                  2/23/2022 4:09:05 PM
      Camera15                                                  2/23/2022 4:09:28 PM
    VLC                                                         2/23/2022 4:09:41 PM
      hrtfs                                                     2/23/2022 4:09:28 PM
      locale                                                    2/23/2022 9:40:15 AM
      lua                                                       2/23/2022 9:40:15 AM
      plugins                                                   2/23/2022 4:09:38 PM
      skins                                                     2/23/2022 4:09:39 PM
      AUTHORS.txt                                  20,213       6/4/2020 10:50:06 AM
      axvlc.dll                                 1,347,272       6/4/2020 11:09:46 AM
      COPYING.txt                                  18,431       6/4/2020 10:50:06 AM
      Documentation.url                                56       8/4/2020 10:24:07 AM
      libvlc.dll                                  187,592       6/4/2020 11:02:48 AM
      libvlccore.dll                            2,800,328       6/4/2020 11:02:50 AM
      New_Skins.url                                    65       8/4/2020 10:24:07 AM
      NEWS.txt                                    206,021       6/4/2020 10:50:06 AM
      npvlc.dll                                 1,146,568       6/4/2020 11:09:44 AM
      README.txt                                    2,816       6/4/2020 10:50:06 AM
      THANKS.txt                                    5,774       6/4/2020 10:50:06 AM
      uninstall.exe                               240,630       8/4/2020 10:24:08 AM
      uninstall.log (h)                            21,807       8/4/2020 10:24:07 AM
      VideoLAN Website.url                             51       8/4/2020 10:24:07 AM
      vlc.exe                                     985,800       6/4/2020 11:09:42 AM
      vlc-3.0.11-win64.exe                     41,824,168       8/4/2020 10:23:34 AM
      vlc-cache-gen.exe                           140,488       6/4/2020 11:09:42 AM
```